AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

LINDA RISNER,

Plaintiff,

**JUDGMENT IN A CIVIL CASE**

V.

COMMISSIONER OF SOCIAL SECURITY,

Case Number: 1:11-cv-00036

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

...the Court REJECTS the Magistrate Judge's Report and Recommendation (doc. 15) and REMANDS this case to the Commissioner for further consideration. Upon remand, the ALJ should (i) assess whether the evidence put forth by Plaintiff shows she has an impairment that meets or equals a Listing; (ii) explain his conclusion and (iii) review Plaintiff's treating source opinion and credit it with the weight such treating source opinions deserve.

| | |
|---|---|
| 3/15/2012 | JAMES BONINI, CLERK |
| Date | Clerk |
| | s/Kevin Moser |
| | (By) Deputy Clerk |